

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD SANDERS,

    Plaintiff,

v.

M&M WASTE, INC.,

    Defendant.

CIVIL ACTION
FILE NO.: 1:08-CV-3856-CC

## VERDICT FORM

We the jury in the matter of Gerald Sanders v. M&M Waste, Inc. find as follows:

1. Do you find from a preponderance of the evidence:

That the Defendant failed to pay the Plaintiff the overtime pay required by law?

Answer Yes or No __NO__.

**Note:** If you answered No to the preceding question you need not answer the remaining questions.

2. Do you find from a preponderance of the evidence:

That the Plaintiff was exempt from the Fair Labor Standards Act based on the Motor Carrier Exemption?

Answer Yes or No _____.

**Note:** If you answered Yes to the preceding question you need not answer the remaining questions.

3. Do you find from a preponderance of the evidence:

That the employer either knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

Answer Yes or No _____.

4. That the Plaintiff should be awarded $ _____ as the Plaintiff's damages.

SO SAY WE ALL

_Lee C. Dunn_
Foreperson

DATED: 9/14/11