

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SEP 14 2011

JAMES N. HATTEN, Clerk
By: *Velma Shanks*
Deputy Clerk

GERALD SANDERS,
        Plaintiff,

vs.

M & M WASTE, INC.,
        Defendants.

CIVIL ACTION NO.

1:08-CV-3856-CC

## JUDGMENT

    This action having come before the Court for a trial by jury with the Honorable Clarence Cooper presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED and ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that the defendant, recover of the plaintiff its costs of this action.

    Dated at Atlanta, Georgia, this 14th day of September, 2011.

JAMES N. HATTEN, Clerk

By: *Velma Shanks*

Velma Shanks
Deputy Clerk